1  MARTIN L. WELSH, ESQ.
   Nevada Bar No. 008720
2  THE LAW OFFICE OF HAYES & WELSH
   199 N. Arroyo Grande Blvd., Suite 200
3  Henderson, Nevada 89014
   Telephone: (702) 434-3444
4  Facsimile: (702) 434-3739
   E-mail: mwelsh@lvlaw.com
5          k.bratton@hayesandwelsh.onmicrosoft.com
   *Attorneys for Archer Western Contractors, LLC,*
6

7  KURT C. FAUX, ESQ.
   Nevada Bar No. 003407
   JORDAN F. FAUX
8  Nevada Bar No. 012205
   THE FAUX LAW GROUP
9  2625 N. Green Valley Parkway, Suite 100
   Henderson, Nevada 89014
10 Telephone: (702) 458-5790
   Facsimile:  (702) 458-5794
11 E-mail:kfaux@fauxlaw.com
          jfaux@fauxlaw.com
12 *Attorneys for Archer Western Contractors, LLC,*

13 And

14 LARRY W. CAUDLE, JR., Admitted Pro Hac Vice
   JONATHAN J. STRAW, Admitted Pro Hac Vice
15 KRAFTSON CAUDLE
   1600 Tysons Boulevard, Suite 250
16 McLean, Virginia  22102
   Telephone:  (703) 873-5500
17 E-mail:lcaudle@kraftsoncaudle.com
          jstraw@kraftsoncaudle.com
18 *Attorneys for Archer Western Contractors, LLC,*

19            **IN THE UNITED STATES DISTRICT COURT**

20                     **DISTRICT OF NEVADA**

21 FISK ELECTRIC COMPANY,                  Case No. 2:20-cv-02341-APG-BNW

22        Plaintiff/Counterclaim Defendant,
                                           **STIPULATION AND [PROPOSED]**
23 v.                                      **ORDER ON SUBSTITUTION OF**
                                           **LOCAL COUNSEL**
24 ARCHER WESTERN CONTRACTORS,
   LLC,
25
          Defendant/Counterclaim Plaintiff,
26
27 v.

28 SAFECO INSURANCE COMPANY OF
   AMERICA,

Counterclaim Defendant.

Leave of Court is hereby requested, pursuant to LR IA 11-6(c) for Defendant/Counterclaim Plaintiff, Archer Western Contractors, LLC to substitute counsel as follows:

Martin L. Welsh, Esq. of the law firm The Law Office of Hayes & Welsh, at 199 N. Arroyo Grande Boulevard, Suite 200, Henderson, Nevada 89014 as local counsel of record, replacing former local counsel, Kurt C. Faux and Jordan Ford Faux of The Faux Law Group, effective immediately. Jonathan J. Straw, Esq. and Larry Wayne Caudle, Jr., Esq. will remain as counsel for Archer Western Contractors, LLC.

I agree to this substitution:

DATED March 1, 2021             ARCHER WESTERN CONTRACTORS, LLC

                                By: [signature]

DATED March 1, 2021             THE FAUX LAW GROUP

                                By: /s/ Jordan F. Faux
                                Kurt C. Faux. Esq.
                                Jordan F. Faux, Esq.
                                2625 N. Green Valley Pkwy., Suite 100
                                Henderson, NV 89014
                                *Attorneys for Archer Western Contractors, LLC*

DATED March 1, 2021             LAW OFFICE OF HAYES & WELSH

                                By: /s/ Martin L. Welsh
                                Martin L. Welsh Esq.
                                199 N. Arroyo Grande Blvd., Suite 200
                                Henderson, NV 89014
                                *Attorneys for Archer Western Contractors, LLC*

DATED March 1, 2021

KRAFTSON CAUDLE

By: /s/ Jonathan J. Straw
Larry W. Caudle, Jr., Esq.
Jonathan J. Straw, Esq.
1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
*Attorneys for Archer Western Contractors, LLC*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: 3/7/2021