THE ALLISON LAW FIRM CHTD.
Noah G. Allison (#6202)
Michelle L. Allison (#7110)
3191 East Warm Springs Road
Las Vegas, Nevada 89120-3147
Tel     (702) 933-4444
Fax    (702) 933-4445
noah@allisonnevada.com
michelle@allisonnevada.com
*Attorneys for Fisk Electric Company*



# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FISK ELECTRIC COMPANY, a Texas corporation, | Case No.: 2:20-CV-02341 |
| Plaintiff/Counterdefendant, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE RULE 26(f) CONFERENCE** |
| ARCHER WESTERN CONTRACTORS, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive, | |
| Defendant/Counterclaim Plaintiff, | |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Counterclaim Defendant. | |
| ARCHER WESTERN CONTRACTORS, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| GALLAGHER-KAISER CORP.; ARCH INSURANCE COMPANY; HEINAMAN CONTRACT GLAZING, INC.; SURETEC INSURANCE COMPANY; THE ERECTION COMPANY, INC.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | |
| Third-Party Defendants. | |

The parties have agreed to continue the Rule 26(f) Conference to be held within 14 days after the appearance of all parties or within 31 days after all parties have been served whichever come first.

| | |
|---|---|
| DATED this 17th day of March, 2021<br>The Allison Law Firm Chtd.<br><br>By:  /s/ Noah G. Allison<br>     Noah G. Allison, Esq. (#6202)<br>     Michelle L. Allison, Esq. (#7110)<br>     3191 East Warm Springs Road<br>     Las Vegas, Nevada 89120-3147<br>     *Attorneys for Fisk Electric Company* | DATED this 16th day of March, 2021<br>Law Office of Hayes & Welsh<br><br>By:  /s/Martin L. Welsh<br>     Martin L. Welsh, Esq. (#8720)<br>     199 N. Arroyo Grande Blvd., #200<br>     Henderson, NV 89074<br><br>     and<br><br>     Larry W. Caudle, Jr. *Admitted Pro Hac Vice*<br>     Jonathan J. Straw, *Admitted Pro Hac Vice*<br>     Kraftson Caudle<br>     1600 Tysons Blvd., Suite 250<br>     McLean Virginia 22102<br><br>     *Attorneys for Archer Western Contractors, LLC* |

## **ORDER**

Before the Court is the parties' stipulation to postpone the Rule 26(f) conference. ECF No. 33.  Under the Local Rules, "[a] motion or stipulation to extend time must state the reasons for the extension requested."  LR IA 6-1(a).  Here, the parties offer no reason for the requested extension.  Therefore, IT IS ORDERED that the parties' stipulation is DENIED without prejudice.  The parties may re-file their stipulation if it conforms with the Local Rules.

Further, the Court notes that pursuant to ECF No. 7 the parties' proposed DPSO is due on April 2, 2021.  The proposed DPSO cannot be filed until after the Rule 26(f) conference.  Therefore, if the parties elect to renew their stipulation to postpone the Rule 26(f) conference, they must offer a date by which the conference will occur, show good cause for the extension, and include a request to postpone the filing of the proposed DPSO.

**IT IS SO ORDERED**

**DATED:**  11:27 am, March 19, 2021



**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**