THE ALLISON LAW FIRM CHTD.
Noah G. Allison (#6202)
Michelle L. Allison (#7110)
3191 East Warm Springs Road
Las Vegas, Nevada 89120-3147
Tel     (702) 933-4444
Fax    (702) 933-4445
noah@allisonnevada.com
michelle@allisonnevada.com
*Attorneys for Fisk Electric Company*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**



| | |
|---|---|
| FISK ELECTRIC COMPANY, a Texas corporation,<br><br>　　Plaintiff/Counterdefendant,<br><br>v.<br><br>ARCHER WESTERN CONTRACTORS, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>　　Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　Counterclaim Defendant. | Case No.: 2:20-CV-02341<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE RULE 26(f) CONFERENCE** |
| ARCHER WESTERN CONTRACTORS, LLC,<br><br>　　Third-Party Plaintiff,<br><br>v.<br><br>GALLAGHER-KAISER CORP.; ARCH INSURANCE COMPANY; HEINAMAN CONTRACT GLAZING, INC.; SURETEC INSURANCE COMPANY; THE ERECTION COMPANY, INC.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>　　Third-Party Defendants. | |

Because there is a pending motion to consolidate this action into Nevada District Court Case *Gallagher-Kaiser Corporation v. Liberty Duct, LLC et al.*, Case No. 2:14-CV-00869-JAD-NJK (Docket # 27 in the instant case) and because not all of the parties have appeared in this action, the undersigned parties agree to continue the Rule 26(f) Conference. A short continuance will conserve judicial resources and potentially eliminate duplicative and unnecessary Rule 26(f) meetings and exchanges of information.

Based on the foregoing, the undersigned parties agree to hold the 26(f) Conference within 14 days after the appearance of all parties in the instant action; or 14 days after the ruling on the motion to consolidate in *Gallagher-Kaiser Corporation v. Liberty Duct, LLC et al*. (Docket # 27), whichever event occurs first.  The parties further agree to file the Discovery Plan and Scheduling Order 14 days after the 26(f) Conference is held.



DATED this 2nd day of April, 2021
The Allison Law Firm Chtd.

By: /s/ Noah G. Allison
    Noah G. Allison, Esq. (#6202)
    Michelle L. Allison, Esq. (#7110)
    3191 East Warm Springs Road
    Las Vegas, Nevada 89120-3147
    *Attorneys for Fisk Electric Company*


DATED this 2nd day of April, 2021
Law Offices of David R. Johnson, PLLC

By: /s/ David R. Johnson
    David R. Johnson, Esq.
    8712 Spanish Ridge Avenue
    Las Vegas, NV  89148
    *Attorneys for Suretec Insurance company*

DATED this 2nd day of April, 2021
Law Office of Hayes & Welsh

By: /s/ Martin L. Welsh
    Martin L. Welsh, Esq. (#8720)
    199 N. Arroyo Grande Blvd., #200
    Henderson, NV 89074

    and

    Larry W. Caudle, Jr. Esq., *Admitted Pro Hac Vice*
    Jonathan J. Straw, Esq., *Admitted Pro Hac Vice*
    KRAFTSON CAUDLE
    1600 Tysons Blvd., Suite 250
    McLean Virginia 22102
    *Attorneys for Archer Western Contractors, LLC*

DATED  this 2nd day of April, 2021
PEEL BRIMLEY LLP


By: /s/ Steven D. Meacham
    Steven D. Meacham, Esq.
    3333 E. Serene Avenue
    Henderson, NV 89074-6571
    *Attorneys for Gallagher-Kaiser Corp.*

## ORDER

The Court notes that on the parties' stipulation (ECF No. 46) the signature block for Judge Weksler's signature begins on its own separate page, which is a violation of the Local Rules. LR IA 6-2 ("a signature block on which the court or clerk can endorse approval of the relief sought... must not begin on a separate page; it must appear approximately 1 inch below the last typewritten matter"). The parties are instructed that all future filings must comport with the Local Rules.

Nonetheless, on the basis of good cause IT IS ORDERED that the parties' stipulation is GRANTED. The parties shall hold the 26(f) Conference within 14 days after the appearance of all parties in the instant action or 14 days after the ruling on the motion to consolidate in *Gallagher-Kaiser Corporation v. Liberty Duct, LLC et al*. (Docket # 27), whichever event occurs first. The parties shall file the Discovery Plan and Scheduling Order 14 days after the 26(f) Conference.

**IT IS SO ORDERED**

**DATED:** 3:39 pm, April 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**