1  MARTIN L. WELSH, ESQUIRE
   Nevada Bar No. 008720
2  LAW OFFICE OF HAYES & WELSH
   199 N. Arroyo Grande Blvd., Suite 200
3  Henderson, Nevada 89074
   Telephone: (702) 434-3444
4  Facsimile: (702) 434-3739
   E-mail: mwelsh@lvlaw.com
5          k.bratton@hayesandwelsh.onmicrosoft.com

6  and

7  LARRY W. CAUDLE, JR., ESQUIRE, *Admitted Pro Hac Vice*
   JONATHAN J. STRAW, ESQUIRE, *Admitted Pro Hac Vice*
8  KRAFTSON CAUDLE
   1600 Tysons Boulevard, Suite 250
9  McLean, Virginia  22102
   Telephone:  (703) 873-5500
10 E-mail: lcaudle@kraftsoncaudle.com
           jstraw@kraftsoncaudle.com
11

12 *Attorneys for Archer Western Contractors, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FISK ELECTRIC COMPANY, | Case No. 2:20-cv-02341-APG-BNW |
| Plaintiff/Counterclaim Defendant, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS [48]** |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Counterclaim Defendant. | **(First Request for Extension)** |
| ARCHER WESTERN CONTRACTORS, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| GALLAGHER-KAISWER CORP.; ARCH INSURANCE COMPANY; HEINAMAN CONTGRACT GLAZING, INC.; SURETEC INSURANCE COMPANY; THE ERECTION COMPANY, INC.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | |
| Third-Party Defendants. | |

1

|  |  |
|---|---|
| GALLAGHER-KAISER CORPORATION,<br><br>    Third-Party Defendant/United States of America, for Use and Benefit of Gallagher-Kaiser, Third-Party Counterclaimant,<br><br>v.<br><br>ARCHER WESTERN CONTRACTORS, LLC; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Third-Party Plaintiff/Third-Party Counterclaim Defendants. |  |

On April 6, 2021, Third-Party Defendants, The Erection Company, Inc. ("TEC") and Travelers Casualty and Surety Company of America ("Travelers") filed a Motion to Dismiss (ECF 48) the Third-Party Complaint of Archer Western Contractors, LLC ("Archer Western"). Because there is a pending Motion to Consolidate (ECF 27) this action with other related cases, which is to be decided in the case of *Gallagher-Kaiser Corporation v. Liberty Duct, LLC, et al.*, Case No. 2:14-cv-00869-JAD-NJK, and because a decision on the Motion to Consolidate may also decide all or part of the pending Motion to Dismiss, the undersigned counsel for TEC, Travelers, and Archer Western agree there is good cause to extend the deadline to respond to the Motion to Dismiss until five days after the Motion to Consolidate is decided. This time extension will conserve the resources of the parties and the court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIP. & ORDER TO EXTEND DEADLINES TO RESPOND TO MOTION TO DISMISS [48]

2

This is the first stipulation for extension of time to file a response to motions.

Respectfully Submitted,

DATED: April 19, 2021

| KEMP JONES, LLP | LAW OFFICES OF HAYES & WELSH |
|---|---|
| By: /s/ Nathanael R. Rulis<br>Spencer H. Gunnerson, Esquire<br>Nathanael R. Rulis, Esquire<br>3800 Howard Hughes Pkwy, 17th Flr.<br>Las Vegas, Nevada 89169<br>*Attorneys for The Erection Company and Travelers Casualty & Surety Company of America* | By: /s/ Martin L. Welsh<br>Martin L. Welsh, Esquire<br>199 N. Arroyo Grande Blvd., Suite 200<br>Henderson, Nevada 89074<br>*Attorneys for Archer Western Contractors* |

KRAFTSON CAUDLE

By: /s/ Jonathan J. Straw
　　Larry W. Caudle, Jr., Esquire
　　Jonathan J. Straw, Esquire
　　1600 Tysons Boulevard, Suite 250
　　McLean, Virginia 22102
　　*Attorneys for Archer Western Contractors*

**IT IS SO ORDERED.**

DATED:  April 20, 2021

_____
U.S. DISTRICT JUDGE
Case No. 2:20-cv-02341-APG-BNW