MARTIN L. WELSH, ESQ.
Nevada Bar No. 008720
LAW OFFICE OF HAYES & WELSH
199 N. Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
Facsimile: (702) 434-3739
E-mail: mwelsh@lvlaw.com
         k.bratton@hayesandwelsh.onmicrosoft.com

--and--

LARRY W. CAUDLE, JR., *Admitted Pro Hac Vice*
JONATHAN J. STRAW, *Admitted Pro Hac Vice*
KRAFTSON CAUDLE
1600 Tysons Boulevard, Suite 250
McLean, Virginia  22102
Telephone:  (703) 873-5500
E-mail: lcaudle@kraftsoncaudle.com
        jstraw@kraftsoncaudle.com

*Attorneys for Archer Western Contractors, LLC,*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

| | |
|---|---|
| FISK ELECTRIC COMPANY, | Case No. 2:20-cv-02341-GMN-DJA |
|     Plaintiff/Counterclaim Defendant, | **STIPULATION AND PROPOSED ORDER TO DISMISS THIRD-PARTY DEFENDANTS HEINAMAN CONTRACT GLAZING, INC.; SURETEC INSURANCE COMPANY INC.; AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AS SURETY FOR AWC (ALONE)** |
| v. | |
| ARCHER WESTERN CONTRACTORS, LLC, | |
|     Defendant/Counterclaim Plaintiff, | |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
|     Counterclaim Defendant. | |
| ARCHER WESTERN CONTRACTORS, LLC, | |
|     Third-Party Plaintiff, | |
| v. | |
| GALLAGHER-KAISER CORP., | |
| and | |

ARCH INSURANCE COMPANY,

and

HEINAMAN CONTRACT GLAZING, INC.

and

SURETEC INSURANCE COMPANY,

and

THE ERECTION COMPANY, INC.

and

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

    Third-Party Defendants.

**STIPULATION AND PROPOSED ORDER TO DISMISS THIRD-PARTY DEFENDANTS HEINAMAN CONTRACT GLAZING, INC.; SURETEC INSURANCE COMPANY INC.; AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AS SURETY FOR AWC (ALONE)**

Pursuant to L.R. 7-1, Defendant/Third-Party Plaintiff Archer Western Contractors, LLC ("AWC") and Third-Party Defendants Heinaman Contract Glazing, Inc. ("HCG") and SureTec Insurance Company ("SureTec"), and Travelers Casualty and Surety Company of America, as surety for AWC ("Travelers-AWC") hereby submit this stipulation and proposed order.

1.     AWC, HCG, SureTec, and Travelers-AWC move to dismiss HCG and SureTec, from this case and the claims and counts among AWC, HCG, SureTec, and Travelers-AWC, with prejudice as AWC, HCG, SureTec, and Travelers-AWC have resolved all disputes among them related to the facts or circumstances pleaded by AWC, HCG, SureTec, and Travelers-AWC in this action.

2.     AWC, on one hand, and HCG and SureTec, on the other hand, shall each bear their own costs and attorney's fees.

3.     Notwithstanding any term to the contrary and as against each other only, SureTec and HCG each reserve all rights and defenses under the applicable indemnity agreement(s) and collateral receipt between them.

4.     This Stipulation of Dismissal With Prejudice applies entirely to Third-Party Defendants HCG and SureTec.

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVD., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

5.     This Stipulation of Dismissal With Prejudice applies entirely to all claims and counts by, between, and/or among AWC, HCG, SureTec, and Travelers-AWC.

6.     Travelers Casualty and Surety Company of America, in its capacity as surety for The Erection Company, Inc., will remain and is not dismissed as a Third-Party Defendant in this action.

7.     Travelers Casualty and Surety Company of America, in its capacity as surety for Archer Western Contractors, LLC, will remain and is not dismissed as a Third-Party Defendant in this action.

8.     Travelers-AWC does not release or waive any of its rights under any indemnity agreement entered into as consideration for executing bonds.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVD., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

WHEREFORE, AWC, HCG, SureTec, and Travelers-AWC request an order dismissing, with prejudice: (1) HCG and SureTec from this case and (2) all claims and/or counts by, between, and among AWC, HCG, SureTec, and Travelers-AWC.

DATED this 21st day of July, 2021.

LAW OFFICE OF HAYES & WELSH                     PEEL BRIMLEY, LLP

By: _/s/ Martin L. Welsh_                        By: _/s/ Steven Meacham_
   Martin L. Welsh Esq.                            Steven Meacham, Esq.
   Nevada State Bar No. 008720                     Nevada State Bar No. 009863
   199 N. Arroyo Grande Blvd., Ste. 200            3333 East Serene Ave, Suite 200
   Henderson, Nevada 89074                         Henderson, Nevada 89074
       --and--
   KRAFTSON CAUDLE                                 *Attorneys for Heinaman Contract*
                                                 *Glazing, Inc.*
By: _/s/ Jonathan J. Straw_
   Larry W. Caudle, Jr., Esq.
   Jonathan J. Straw, Esq.
   1600 Tysons Boulevard, Suite 250
   McLean, Virginia 22102

*Attorneys for Archer Western Contractors, LLC*

   LAW OFFICES OF                                  THE FAUX LAW GROUP
   DAVID R. JOHNSON, PLLC
                                                 By: _/s/ Jordan F. Faux_
By: _/s/ David R. Johnson_                          Jordan Ford Faux, Esq.
   David R. Johnson, Esq.                           Nevada State Bar No. 12205
   Nevada State Bar No. 006696                     2625 North Green Valley Pkwy., #100
   8712 Spanish Ridge Avenue                       Henderson, Nevada 89014
   Las Vegas, Nevada 89148                         *Attorneys for Travelers Casualty and*
   *Attorneys for SureTec Insurance Co.*           *Surety Company of America (as surety*
                                                 *for AWC alone)*

**ORDER**

**IT IS SO ORDERED.**

Dated this 23 day of July, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVD., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444 FAX (702) 434-3739