SPENCER H. GUNNERSON, ESQ.
Nevada Bar No. 8810
s.gunnerson@kempjones.com
NATHANAEL R. RULIS, ESQ.
Nevada Bar No. 11259
n.rulis@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Fl.
Las Vegas, Nevada 89169
Ph.: (702) 385-6000
Fax: (702) 385-6001
*Attorneys for The Erection Company, Inc.
and Travelers Casualty & Surety
Company of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FISK ELECTRIC COMPANY,<br><br>　　　Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ARCHER WESTERN CONTRACTORS, LLC,<br><br>　　　Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　Counterclaim Defendant.<br><br>ARCHER WESTERN CONTRACTORS, LLC,<br><br>　　　Third-Party Plaintiff,<br><br>v.<br><br>GALLAGHER-KAISER CORP.; ARCH INSURANCE COMPANY; THE ERECTION COMPANY, INC.; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>　　　Third-Party Defendants. | Case No: 2:20-cv-02341-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST THIRD-PARTY DEFENDANTS THE ERECTION COMPANY, INC. AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, IN ITS CAPACITY AS SURETY TO THE ERECTION COMPANY, INC.** |

|   |   |
|---|---|
| 1 |  |
| 2 | GALLAGHER-KAISER CORP., |
| 3 | Third-Party Defendant/United States of America, for Use and Benefit of Gallagher-Kaiser, Third-Party Counterclaimant, |
| 4 |   |
| 5 | v. |
| 6 | ARCHER WESTERN CONTRACTRS, LLC; AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, |
| 7 |   |
| 8 | Third-Party Plaintiff/Third-Party Counterclaim Defendants. |

Pursuant to L.R. 7-1, Defendant/Third-Party Plaintiff Archer Western Contractors, LLC ("AWC") and Third-Party Defendants The Erection Company ("TEC), and Travelers Casualty & Surety Company of America (Bond No. 105707041) ("Travelers-TEC") by and through their respective undersigned counsel, hereby file this joint stipulation and proposed order for dismissal of all AWC's claims against TEC and Travelers-TEC, with prejudice, subject only to the limitations set forth in the Settlement Agreement.

Travelers Casualty and Surety Company of America, in its capacity as surety for Archer Western Contractors, LLC, will remain and is not dismissed as a Third-Party Defendant in this action.

## **STIPULATION**

1. AWC, TEC, and Travelers-TEC has memorialized the terms of a settlement in a written Settlement Agreement.

2. AWC, TEC, and Travelers- TEC move to dismiss TEC and Travelers-TEC from this case and the claims and counts among AWC, TEC, and Travelers-TEC with prejudice as AWC, TEC, and Travelers-TEC have resolved all disputes among them related to the facts or circumstances pleaded by AWC, TEC, and Travelers-TEC in this action.

3. AWC, on one hand, and TEC and Travelers-TEC, on the other hand, shall each bear their own costs and attorney's fees.

4.      This Stipulation and Order for Dismissal with Prejudice applies entirely to Third-Party Defendants TEC and Travelers-TEC.

5.      This Stipulation and Order for Dismissal with Prejudice applies entirely to all claims and counts by, between, or among AWC, TEC, and Travelers-TEC.

6.      Travelers Casualty and Surety Company of America, in its capacity as surety for Archer Western Contractors, LLC ("Travelers-AWC"), will remain and is not dismissed as a Third-Party Defendant in this action.

7.      Travelers-AWC does not release or waive any of its rights under any indemnity agreement entered into as consideration for executing bonds.

/ / /

/ / /

/ / /

In light of the foregoing, it is hereby stipulated and agreed that all of AWC's claims asserted against TEC and Travelers-TEC are hereby dismissed with prejudice, subject only to the limitations set forth in the Settlement Agreement, with each side to bear its own costs and fees.

Respectfully submitted,

DATED this __24th__ day of February, 2022.

KEMP JONES, LLP

By:/s/ Nathanael R. Rulis
Spencer H. Gunnerson, Esq.
Nathanael R. Rulis, Esq.
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
*Attorneys for The Erection Company, Inc. and Travelers Casualty & Surety Company of America*

DATED this __24th__ day of February, 2022.

LAW OFFICES OF HAYES & WELSH

By:/s/ Martin L. Welsh
Martin L. Welsh, Esq.
199 N. Arroyo Grande Boulevard, Suite 200
Henderson, Nevada 89014
*Attorneys for Archer Western Contractors, LLC*

KRAFTSON CAUDLE

By:/s/ Jonathan J. Straw
Larry W. Caudle, Jr., Esq.
Jonathan J. Straw, Esq.
1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
*Attorneys for Archer Western Contractors, LLC*

**IT IS SO ORDERED.**

Dated this __28__ day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

-4-