Martin L. Welsh, Esq. (NV State Bar #8720)
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-3444
E-mail: mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

And

Larry W. Caudle, Jr., Esq., Admitted Pro Hac Vice
Jonathan J. Straw, Esq., Admitted Pro Hac Vice
KRAFTSON CAUDLE
1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
Telephone: (703) 873-5500
E-mail: lcaudle@kraftsoncaudle.com; jstraw@kraftsoncaudle.com

*Attorneys for ARCHER WESTERN CONTRACTORS, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FISK ELECTRIC COMPANY, | CASE NO.: 2:20-cv-02341-GMN-DJA |
| Plaintiff/Counterclaim Defendant, | **AGREED STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND DEADLINE FOR JOINT PRETRIAL ORDER** |
| v. | |
| ARCHER WESTERN CONTRACTORS, LLC, | |
| Defendant/Counterclaim Plaintiff, | |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Counterclaim Defendant. | |
| ARCHER WESTERN CONTRACTORS, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| GALLAGHER-KAISER CORP.; ARCH INSURANCE COMPANY, | |
| Third-Party Defendants. | |

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444 FAX (702) 434-3739

1

GALLAGHER-KAISER CORP.,

      Third-Party Defendant/United States of
America, for Use and Benefit of
Gallagher-Kaiser, Third-Party
Counterclaimant,

v.

ARCHER WESTERN CONTRACTRS, LLC;
AND TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

      Third-Party Plaintiff/Third-Party
Counterclaim Defendants.

**AGREED STIPULATION AND
~~PROPOSED~~ ORDER
TO EXTEND DEADLINE
FOR JOINT PRETRIAL ORDER**

The current deadline for the Joint Pretrial Order in this case is March 17, 2022. (ECF 80.)  On February 23, 2022, the Court ordered the parties to participate in settlement conferences in two related cases.  Per the Notice of Related Cases filed in this case (ECF 43), the two other related cases are: *Desert Mechanical, Inc. v. Travelers Casualty and Surety Company of America, et al.* (Case No. 2:15-cv-02298-GMN-DJA) ("DMI Lawsuit") and *Archer Western Contractors, LLC v. Gallagher-Kaiser Corporation, et al.* (Case No. 2:21-cv-00402-GMN-DJA) ("GK Lawsuit").  Currently, there is a Settlement Conference scheduled for the DMI Lawsuit on April 12, 2022 (DMI Lawsuit, ECF 110) and for the GK Lawsuit on May 4, 2022 (GK Lawsuit, ECF 32).  Currently, there is no Settlement Conference scheduled in this case.  However, the cases are Related (ECF 43) and the Scheduling Orders in each Related case have set the same deadlines.

Considering the Court's Orders for Settlement Conferences and that successful settlement will avoid the need for any joint pretrial order, the Parties in this and the two related cases have agreed and hereby stipulate to this proposed order extending the deadline for the Joint Pretrial Order until 30 days after the Settlement Conference is conducted in the DMI Lawsuit.  The Parties have agreed and request the 30-day extension rather than setting a date-certain because some of the Parties have conflicts with the current Settlement Conference dates.  The Parties are conferring and will soon advise the court with more details and/or proposed alternate dates.

/ / /

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB, SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

1    This time extension will conserve the resources of the parties and the court.

2   Respectfully Submitted,

3        DATED: March 1, 2022

| KRAFTSON CAUDLE | THE ALLISON LAW FIRM CHTD. |
|---|---|
| _/s/ Jonathan J. Straw_<br>LARRY W. CAUDLE, JR.<br>Admitted Pro Hac Vice<br>JONATHAN J. STRAW<br>Admitted Pro Hac Vice<br>1600 Tysons Boulevard, Suite 250<br>McLean, Virginia 22102<br>*Attorneys for Archer Western Contractors, LLC* | _/s/ Heather C. Fleming_<br>NOAH G. ALLISON (#6202)<br>HEATHER C. FLEMING (#14492)<br>3191 East Warm Springs Road<br>Longford Plaza East, Building 13<br>Las Vegas, Nevada 89120<br>*Attorneys for Fisk Electric Company and Safeco Insurance Company of America* |
| LAW OFFICES OF HAYES & WELSH | PEEL BRIMLEY, LLP |
| _/s/ Martin L. Welsh_<br>MARTIN L. WELSH (#8720)<br>199 North Arroyo Grande Blvd., Suite 200<br>Henderson, Nevada 89074<br>*Attorneys for Archer Western Contractors, LLC* | _/s/ Steven D. Meacham_<br>STEVEN D. MEACHAM (#9863)<br>3333 East Serene Avenue, Suite 200<br>Henderson, Nevada 89074<br>*Attorneys for Gallagher-Kaiser Corp. and Arch Insurance Company* |
| THE FAUX LAW GROUP | |
| _/s/ Jordan F. Faux_<br>JORDAN F. FAUX (#12205)<br>2625 North Green Valley Pkwy, Suite 100<br>Henderson, Nevada 89014<br>*Attorneys for Travelers Casualty and Surety Company of America (Surety for Archer Western Contractors, LLC)* | |

**IT IS SO ORDERED.**

DATED: March 2, 2022

_____
U.S. MAGISTRATE JUDGE

LAW OFFICE OF<br>HAYES & WELSH<br>A PROFESSIONAL CORPORATION<br>199 NORTH ARROYO GRANDE BLVB, SUITE 200<br>HENDERSON, NEVADA 89074<br>(702) 434-3444  FAX (702) 434-3739

3