MARTIN L. WELSH, ESQ. (NV Bar #8720)
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 434-3444
E-mail: mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

and

LARRY W. CAUDLE, JR., Admitted Pro Hac Vice
JONATHAN J. STRAW, Admitted Pro Hac Vice
KRAFTSON CAUDLE
1600 Tysons Boulevard, Suite 250
McLean, Virginia 22102
Telephone: (703) 873-5500
E-mail: lcaudle@kraftsoncaudle.com; jstraw@kraftsoncaudle.com

*Attorneys for Archer Western Contractors, LLC and
 Travelers Casualty and Surety Company of America*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FISK ELECTRIC COMPANY,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ARCHER WESTERN CONTRACTORS, LLC,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Counterclaim Defendant.<br><hr>ARCHER WESTERN CONTRACTORS, LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>GALLAGHER-KAISER CORP.; ARCH INSURANCE COMPANY;<br><br>    Third-Party Defendants. | CASE NO.: 2:20-cv-02341-GMN-DJA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR SUBSTITUTION OF**<br>**COUNSEL** |

| | |
|---|---|
| 1  GALLAGHER-KAISER CORP., | |
| 2      Third-Party Defendant/United States of America, for Use and Benefit of Gallagher-Kaiser, Third-Party Counterclaimant, | **STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL** |
| 4  v. | |
| 5  ARCHER WESTERN CONTRACTRS, LLC; AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | |
| 7      Third-Party Plaintiff/Third-Party Counterclaim Defendants. | |

Pursuant to LR 1A 11-6(c), Travelers Casualty and Surety Company of America (as surety for Archer Western Contractors, LLC), its withdrawing attorneys, and its substitute appearing attorneys hereby stipulate to the substitution of counsel as follows:

Larry Wayne Caudle, Jr., Esq. and Jonathan J. Straw, Esq. as substitute counsel for Travelers Casualty and Surety Company of America, already admitted pro hac vice as counsel for Archer Western Contractors, LLC, together with Martin L. Welsh, Esq. of the Law Office of Hayes & Welsh, at 199 North Arroyo Grande Blvd., Suite 200, Henderson, Nevada 89074, as local counsel of record.

Kurt C. Faux, Jordan F. Faux, and Willi Siepmann of the Faux Law Group hereby withdraw as counsel for Travelers Casualty and Surety Company of America.

RESPECTFULLY SUBMITTED and AGREED this 9th Day of March, 2022.

| KRAFTSON CAUDLE | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA |
|---|---|
|     */s/ Jonathan J. Straw* | *Colleen Escher* |
| LARRY W. CAUDLE, JR., *Admitted Pro Hac Vice* | |
| JONATHAN J. STRAW, *Admitted Pro Hac Vice* | Colleen Escher |
| 1600 Tysons Boulevard, Suite 250 | Claims Representative |
| McLean, Virginia 22102 | 1500 Market Street, Suite 2900, West Tower |
| *Attorneys for Archer Western Contractors, LLC and Travelers Casualty & Surety Company of America* | Philadelphia, Pennsylvania 19102 |

| LAW OFFICE OF HAYES & WELSH | THE FAUX LAW GROUP |
|---|---|
|    */s/ Martin L. Welsh* |    */s/ Jordan F. Faux* |
| MARTIN L. WELSH (NV Bar #8720) | JORDAN F. FAUX (NV Bar #12205) |
| 199 North Arroyo Grande Blvd., Suite 200 | 2625 N. Green Valley Pkwy, Suite 100 |
| Henderson, Nevada 89074 | Henderson, Nevada 89014 |
| *Attorneys for Archer Western Contractors, LLC and Travelers Casualty and Surety Company of America* | *Attorneys for Travelers Casualty and Surety Company of America (Surety for Archer Western Contractors, LLC)* |

**IT IS SO ORDERED.**

DATED: March 10, 2022

_____
UNITED STATES MAGISTRATE JUDGE